35919. Rossiter, Administrator, *v.* Pitt *et al.*

Townsend, J. A judgment sustaining any or all demurrers to a petition and allowing time for amendment is not subject to exception or review. Code § 81-1001 as amended (Ga. L. 1952, p. 243; *Aiken* v. *State Farm Mut. Auto. Ins. Co.,* 88 *Ga. App.* 131 (76 S. E. 2d 141); *Cates* v. *Owens,* 87 *Ga. App.* 270 (73 S. E. 2d 345); *Community Theatres Co.* v. *Burney,* 87 *Ga. App.* 165 (73 S. E. 2d 104); *Barron* v. *Foster,* 87 *Ga. App.* 119 (73 S. E. 2d 102); *Thornton* v. *Courvoisier,* 90 *Ga. App.* 26 (81 S. E. 2d 842). The amendment of 1953 to Code § 81-1001 (Ga. L. 1953, p. 82), did not change this rule. *Adams* v. *Ricks,* 91 *Ga. App.* 494 (1b) (86 S. E. 2d 329). It follows that the writ of error to a judgment overruling general and special demurrers and allowing the plaintiff fifteen days for amendment is premature and must be

Dismissed. *Gardner, P. J., and Carlisle, J., concur.*

Decided November 8, 1955—Rehearing denied November 17, 1955.

*Malcolm Maclean, Owen H. Page, Jr.,* for plaintiff in error.
*Lewis, Wylly & Javetz,* contra.